| | |
|---|---|
| 1 | HARVEY. J. MILLER – SBN 102153 |
| | LAW OFFICES OF HARVEY J. MILLER |
| 2 | 11845 West Olympic Boulevard, Suite 530W |
| | Los Angeles, CA 90064 |
| 3 | Telephone: (310) 696-0245 |
| | Facsimile: (310) 696-0247 |
| 4 | hjmesq2@aol.com |

Attorneys for Plaintiffs and Plaintiffs' Assignor, United Pacific Insurance Company, Planet Insurance Company and Plaintiffs' Assignee, Travelers Casualty and Surety Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED PACIFIC INSURANCE COMPANY, a Washington corporation, and PLANET INSURANCE COMPANY, a Wisconsin corporation, | Case No. 87-01355 AHS (Gx) |
| Plaintiffs, | RENEWAL OF JUDGMENT BY CLERK |
| v. | |
| THE BEVAN CORPORATION, a California corporation, TIMOTHY WARREN BEVAN, an individual, and MARLENE MARGO BEVAN, an individual, | |
| Defendants. | |
| UNITED PACIFIC INSURANCE CMPANY, a Washington corporation, and PLANET INSURANCE COMPANY, a Wisconsin corporation, | |
| Plaintiffs and Assignors, | |
| v. | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | |
| Plaintiffs' Assignee. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Upon reading and considering the Application for and Renewal of Judgment, filed by Plaintiffs' Assignee, Travelers Casualty and Surety Company, the Judgment entered on April 28, 1989, renewed on April 13, 1999, and March 18, 2009, in favor of Travelers Casualty and Surety Company, and against The Bevan Corporation, A California Corporation, Timothy Warren Bevan, an individual, and Marlene Margo Bevan, an individual is renewed as follows:

1. Total Judgment as of March 18, 2009:  $ 1,194,877.38
2. Cost after Judgment:  $ 0
3. Subtotal:  $ 1,194,877.38
4. Credits after Judgment:  $ 0
5. Subtotal:  $ 1,194,877.38
6. Interest after Judgment:  $ 74,827.05
7. Fee for filing renewal application:  $ 0
8. Total renewed Judgment:  $ **1,269,704.43**

That the Plaintiffs' Assignee and Judgment Creditor shall give notice.

DATED:  February 1, 2018        CLERK OF COURT

By:  <u>J. Remigio</u>
       Deputy Clerk